# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-14-00443-CV

---

**L. R., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

### FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
### NO. C-13-0052-CPS, HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant L.R. filed her notice of appeal on July 14, 2014. On August 20, 2014, this Court ordered counsel to file appellant's brief no later than September 2, 2014. On September 2, 2014, we received notice that counsel for appellant has been hospitalized.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. However, on this Court's own motion, we extend the time for filing appellant's brief and order counsel to file appellant's brief no later than September 15, 2014. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on September 4, 2014.

Before Chief Justice Jones, Justices Rose and Goodwin